**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6000**

———————

HENDERSON L. HINTON,

             Plaintiff - Appellant,

        v.

ROY COOPER; ROBIN PENDERGRAFT; PAT J. MATTHEWS; MICHAEL
SUTTON; JOHN H. BENNETT; JOSEPH EDWARD ZESZOTARSKI, JR.;
JEANETTE K. DORAN,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:11-ct-03039-BO)

———————

Submitted: June 21, 2012          Decided: June 25, 2012

———————

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Henderson L. Hinton, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henderson L. Hinton appeals the district court's order denying relief on his complaint filed pursuant to 42 U.S.C. § 1983 (2006) and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hinton v. Cooper, No. 5:11-ct-03039-BO (E.D. Va. Oct. 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED